JS-6

| | |
|---|---|
| JESUS JIMENEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE RUIZ, as Sheriffs Deputy in his official and individual capacities, JOHN BANNES, as Sheriffs Detective in his official and individual capacities, R. NAQUIN, as Sheriffs Deputy in his official and individual capacities, DAVID FRAYEH, as Sheriffs Detective in his official and individual capacities, C. HARTLEBEN, as Sheriffs Deputy in his official and individual capacities, ENO LASSITER, as Sheriffs Detective in his official and individual capacities, R. PEREZ, as Sheriffs Deputy in his official and individual capacities, TIM O'CONNELL, as Sheriffs Sergeant in his official and individual capacities, EDDIE STARK, as Sheriffs Sergeant in his official and individual capacities, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. EDCV 12-02020 VAP(DTBx)<br><br>**FINAL JUDGMENT** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This action came on regularly for trial on October 1, 2013 in Courtroom 2 of the above entitled Court, the Honorable Virginia A. Phillips, United States District Judge presiding. Plaintiff Jesus Jimenez appeared by his attorney Moises A. Aviles of the law firm Aviles and Associates, and Defendants Jose Ruiz, John Bannes, R. Naquin, David Frayeh, C. Hartleben, Eno Lassiter, R. Perez, Tim O'Connel, and Eddie Stark appeared by their attorney David E. Wagner, of the law firm Wagner and Pelayes, LLP.

A jury of eight persons was regularly impaneled and sworn to try the action. The Plaintiff was sworn and testified. Plaintiff rested at the conclusion of his testimony.

After Plaintiff rested, the Court considered and granted Defendants' motion for a judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 50.

By reason of the Order described above, **NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED THAT:**

1. Judgment is hereby entered in favor of the Defendants; and
2. Defendants shall recover costs of suit, as taxed by the Clerk.

The Court orders that such judgment be entered.

Dated: Oct 23 2013

VIRGINIA A. PHILLIPS
United States District Judge